888

No. 146, Misc. WOOTEN v. BOMAR, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 212, Misc. BROWN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 232, Misc. REID v. RUTHAZER, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 233, Misc. SMITH v. NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 251, Misc. TURNER v. BASS, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied. *Robert W. Driscoll* for petitioner.

No. 254, Misc. HOLLEY v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 262, Misc. RHEIM v. MURPHY, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 266, Misc. ROBERTSON v. MYERS, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 268, Misc. SIMS v. TEXAS & NEW ORLEANS RAILROAD Co. C. A. 5th Cir. Certiorari denied.